# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARNES, INC., a Colorado Corporation;<br><br>**Plaintiff,**<br><br>vs.<br><br>FAT BRAIN TOYS, LLC, a Delaware Limited Liability Company; and MAXIM ENTERPRISE, INC., a Massachusetts corporation;<br><br>**Defendants.** | **8:24CV246**<br><br>**ORDER** |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on May 18, 2026.  Accordingly,

**IT IS ORDERED:**

1.  On or before **July 20, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 18th day of May, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge