IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BARNES, INC., a Colorado Corporation;

Plaintiff,

vs.

FAT BRAIN TOYS, LLC, a Delaware Limited
Liability Company; and  MAXIM
ENTERPRISE, INC., a Massachusetts
corporation;

Defendants.

8:24CV246

ORDER OF DISMISSAL

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 65). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay their own costs.

Dated this 22nd day of July, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge